IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
MACH Gen, LLC, *et al.*,[1]                             :    Case No. 14-10461 (MFW)
                                                        :
                                                        :
                   Debtors.                             :    (Joint Administration Requested)
------------------------------------------------------- x

## AGENDA FOR FIRST DAY HEARING
## AND INDEX OF FIRST DAY PLEADINGS

A.  Voluntary Petitions:

    1.  MACH Gen, LLC
    2.  MACH Gen GP, LLC
    3.  Millennium Power Partners, L.P.
    4.  New Athens Generating Company, LLC
    5.  New Harquahala Generating Company, LLC

B.  Declaration of Garry N. Hubbard in Support of MACH Gen's Chapter 11 Petitions and First Day Pleadings [Docket No. 4 - filed March 3, 2014]

C.  First Day Motions:

    1.  MACH Gen's Motion for Entry of Order Directing Procedural Consolidation and Joint Administration of Chapter 11 Cases [Docket No. 3 - filed March 3, 2014]

    2.  MACH Gen's Motion for Entry of Order Authorizing MACH Gen to File Consolidated List of Creditors in Lieu of Submitting Separate Mailing Matrix for Each MACH Gen Entity [Docket No. 5 - filed March 3, 2014]

    3.  MACH Gen's Application for Entry of Order Authorizing Employment and Retention of Prime Clerk LLC as Claims and Noticing Agent, Effective *Nunc Pro Tunc* to Petition Date [Docket No. 6 - filed March 3, 2014]

---

[1] The debtors in these chapter 11 cases and the last four digits of each debtor's taxpayer identification number are as follows: (a) MACH Gen, LLC (6738); (b) MACH Gen GP, LLC (6738); (c) Millennium Power Partners, L.P. (6688); (d) New Athens Generating Company, LLC (0156); and (e) New Harquahala Generating Company, LLC (0092). The debtors' principal offices are located at 9300 US Highway 9W, Athens, New York 12015.

4. MACH Gen's Motion for Entry of Interim and Final Orders (I) Authorizing MACH Gen to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue Performing Intercompany Transactions, and (II) Extending the Time to Comply with Section 345(b) of the Bankruptcy Code [Docket No. 7 - filed March 3, 2014]

5. MACH Gen's Motion for Entry of Order Authorizing MACH Gen to Pay Unpaid Prepetition Premiums Associated with Prepetition Insurance Policies in Ordinary Course of Business [Docket No. 8 - filed March 3, 2014]

6. MACH Gen's Motion for Entry of Interim and Final Orders (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 9 - filed March 3, 2014]

7. MACH Gen's Motion for Entry of Order Authorizing MACH Gen to Remit and Pay Certain Prepetition Taxes, Governmental Assessments, and Fees [Docket No. 10 - filed March 3, 2014]

8. MACH Gen's Motion for Entry of Interim and Final Orders Authorizing Payment of Certain Prepetition Claims in Ordinary Course of Business [Docket No. 11 - filed March 3, 2014]

9. MACH Gen's Motion for Entry of (I) Order (A) Scheduling Combined Hearing on Adequacy of Disclosure Statement and Confirmation of Plan, (B) Approving Form and Manner of Notice of Combined Hearing and Commencement of Chapter 11 Cases, (C) Establishing Procedures for Objecting to Disclosure Statement or Plan, and (D) Conditionally Waiving Requirement to File Statements and Schedules, and (II) Order (A) Approving Prepetition Solicitation Procedures, (B) Approving Adequacy of Disclosure Statement, and (C) Confirming Plan [Docket No. 12 - filed March 3, 2014]

10. MACH Gen's Motion for Interim and Final Orders (I) Authorizing MACH Gen to Obtain Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Super-Priority Claims, and (IV) Granting Adequate Protection to Prepetition Secured Lenders [Docket No. 13 - filed March 3, 2014]

    i. Declaration of Mark S. Hootnick in Support of MACH Gen's Motion for Entry of Interim and Final Orders (I) Authorizing MACH Gen to Obtain Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Super-Priority Claims, and (IV) Granting Adequate Protection to Prepetition Secured Lenders [Docket No. 14 - filed March 3, 2014]

D.   <u>Plan-Related Documents</u>:[2]

   1.   Joint Prepackaged Chapter 11 Plan of MACH Gen, LLC and its Affiliated Debtors and Debtors in Possession [Docket No. 15 - filed March 3, 2014]

   2.   Disclosure Statement for Joint Prepackaged Chapter 11 Plan of MACH Gen, LLC and its Affiliated Debtors and Debtors in Possession [Docket No. 16 - filed March 3, 2014]

---

[2]  Copies of these documents have been included herein for the convenience of the Court. These matters will not be going forward at the first-day hearing.

Wilmington, Delaware
Dated: March 4, 2014

        Respectfully submitted,

        **RICHARDS, LAYTON, & FINGER, P.A.**

        /s/ *Zachary I. Shapiro*
        Russell C. Silberglied (No. 3462)
        John H. Knight (No. 3848)
        Zachary I. Shapiro (No. 5103)
        One Rodney Square
        920 North King Street
        Wilmington, Delaware 19801
        Telephone: (302) 651-7700
        Facsimile: (302) 651-7701
        Email: silberglied@rlf.com
              knight@rlf.com
              shapiro@rlf.com

        - and -

        **MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**
        Matthew S. Barr (*pro hac vice* admission pending)
        Tyson M. Lomazow (*pro hac vice* admission pending)
        Michael E. Comerford (*pro hac vice* admission pending)
        One Chase Manhattan Plaza
        New York, NY 10005
        Telephone: (212) 530-5000
        Facsimile: (212) 830-5000
        Email: mbarr@milbank.com
              tlomazow@milbank.com
              mcomerford@milbank.com

        *Proposed Counsel to MACH Gen, LLC*
        *and Its Affiliated Debtors and Debtors in Possession*