# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | MACH GEN, LLC | | |
| **Case Number:** | 14-10461-MFW | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 05, 2014 11:30 AM   CRT#4, 5TH FL. | | |
| **Bankruptcy Judge:** | MARY F. WALRATH | | |
| **Courtroom Clerk:** | LAURIE CAPP | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

## *Matter:*

First Day Hearing

**R / M #:**   18 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
- Item 1 - Order entered
- Item 2 - Order entered
- Item 3 - Order entered
- Item 4 - Order entered
- Item 5 - Order entered
- Item 6 - Order entered
- Item 7 - Order entered
- Item 8 - Order entered
- Item 9 - Order entered
- Item 10 - Order entered