IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- X
: 
In re: : Chapter 11
: 
MACH Gen, LLC, *et al.*,[1] : Case No. 14-10461 (MFW)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------------- X    **Re: Docket No. 139**

### NOTICE OF EFFECTIVE DATE OF FIRST AMENDED JOINT PREPACKAGED CHAPTER 11 PLAN OF MACH GEN, LLC AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION

**PLEASE TAKE NOTICE** that on April 11, 2014, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order [Docket No. 139] (the "Confirmation Order") which, among other things, confirmed the *First Amended Joint Prepackaged Chapter 11 Plan of MACH Gen, LLC and its Affiliated Debtors and Debtors in Possession* [Docket No. 122] (as may be further amended, modified and/or supplemented, the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on **April 28, 2014**.

**PLEASE TAKE FURTHER NOTICE** that the Plan and the provisions thereof are binding on MACH Gen, LLC, MACH Gen GP, LLC, Millennium Power Partners, L.P., New Athens Generating Company, LLC, and New Harquahala Generating Company, LLC (collectively, "MACH Gen"), Reorganized MACH Gen, all holders of Claims or Interests, and such holders' respective successors and assigns, whether or not such Claims or Interests are impaired under the Plan and whether or not such holders voted to accept the Plan (or abstained from voting on the Plan).

**PLEASE TAKE FURTHER NOTICE** that all final requests for payment of Professional Fees incurred prior to the Effective Date must be filed with the Bankruptcy Court and served on Reorganized MACH Gen by no later than **June 12, 2014**.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order, the Plan, and all other documents filed with, and orders granted by, the Bankruptcy Court, are available for

---

[1] The debtors in these chapter 11 cases and the last four digits of each debtor's taxpayer identification number are as follows: (a) MACH Gen, LLC (6738); (b) MACH Gen GP, LLC (6738); (c) Millennium Power Partners, L.P. (6688); (d) New Athens Generating Company, LLC (0156); and (e) New Harquahala Generating Company, LLC (0092). The debtors' principal offices are located at 9300 US Highway 9W, Athens, New York 12015.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

viewing on the Bankruptcy Court's website at www.deb.uscourts.gov and at no cost on MACH Gen's restructuring website at http://cases.primeclerk.com/machgen, and copies of such documents can be obtained by contacting MACH Gen's claims and noticing agent, Prime Clerk LLC, by telephone at (855) 388-4577 or by email at machgeninfo@primeclerk.com.

Dated:  April 28, 2014
Wilmington, Delaware

           Respectfully submitted,

           **RICHARDS, LAYTON, & FINGER, P.A.**

           /s/ *Zachary I. Shapiro*
           Russell C. Silberglied (No. 3462)
           John H. Knight (No. 3848)
           Zachary I. Shapiro (No. 5103)
           One Rodney Square
           920 North King Street
           Wilmington, Delaware 19801
           Telephone: (302) 651-7700
           Facsimile: (302) 651-7701
           Email: silberglied@rlf.com
                  knight@rlf.com
                  shapiro@rlf.com

           - and -

           **MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**
           Matthew S. Barr (admitted *pro hac vice*)
           Tyson M. Lomazow (admitted *pro hac vice*)
           Michael E. Comerford (admitted *pro hac vice*)
           One Chase Manhattan Plaza
           New York, NY 10005
           Telephone: (212) 530-5000
           Facsimile: (212) 830-5000
           Email: mbarr@milbank.com
                  tlomazow@milbank.com
                  mcomerford@milbank.com

           *Counsel to MACH Gen, LLC and Its Affiliated Debtors and Debtors in Possession*